# Exhibit 24


Inca Digital
Sea Dragon
0xc94d1...B68F1
43.4k (2)
0x49359...Bf3Dd
0x4fA6A...F609f
0x49359...Bf3Dd
22.3k (1)
1.5M (68)
43.4k (1)
0x9864F...d72bF
4.15M (13)
4.5k (1)
3.06k (1)
0x17c65...e556b
59.3k (43)
1.44k (1)
1.38M (9)
0x89123...d32A7
Bridgers
2.27M (52)
TFJv4XL...6M8V6
4.14M (13)
TNKACGf...jiWL9
1.11M (1)
TNyKo2V...RqHdh
13.4k (21)
62.3k (8)
TFTWSeN...9yHHF
2.59k (1)
TUpFGBU...BcreY
Network Addresses
All transactions in USDT.
Parentheticals reference the number of transactions between addresses.