# Exhibit 20

*Excel File Submitted in Native Format*

"Parbas v. Huione Global, LTD, et al.
Exhibit 20: Inca Analysis - Flagged Wallets in Network"

| Address | Depth (Hop) | Attribution | Total Balance (USDT) |
|---|---|---|---|
| TVQ2nkws72cViR9ajXnX2wjzwW2vHSEKAK | 3 | USDT Blacklisted Address - 1086862662 | 3675282.109 |
| TBpEU1tGghjo5VnQyX66HmkXhwYxqrygFh | 3 | USDT Blacklisted Address - 5945771414 | 3035878.601 |
| TQp7pTpMBSuaH7JHph2WRWN7LeopWTnAmM | 3 | USDT Blacklisted Address - 9138652945 | 1454787.895 |
| TRMX1Xqeuajdo8nowDW9o5nnH9DAnxQBGE | 3 | USDT Blacklisted Address - 4642757255 | 1275914.34 |
| TUiV2AMjsLF4ffJ1dFs4xmi4qab7oxnrRd | 3 | USDT Blacklisted Address - 6968915142 | 1260080.43 |
| TYnXAFDDvD2WdcBDvbG5pmRLsiMjBZNEuk | 3 | Interaction with Sanctioned Entity | 1119237.132 |
| TS8AifEsxCnZC9xK2xG4sSFBkskEECvxXU | 3 | USDT Blacklisted Address - 9855456687 | 937780.9346 |
| TQymAy213mo2vTnDVpDZy5EyWKRvJq6pk1 | 3 | USDT Blacklisted Address - 7630632747 | 914712.582 |
| TCfr5oZp8qJJwarum6kjt4o23wTNhi1ss8 | 2 | USDT Blacklisted Address - 2780319477 | 862347.4288 |
| TUKkj3LbGxdF77jaJRwwv4GxdvAmeeSwpY | 3 | USDT Blacklisted Address - 6214690532 | 734985.2445 |
| TWGpSCmX73hs81wnEYVvUbbwTWytEihnVQ | 3 | USDT Blacklisted Address - 7352866642 | 647423.1967 |
| TQTB5KdjSQEXmXpUgM6GCsosgTr9acyQ5L | 3 | Interaction with Sanctioned Entity | 598600.1739 |
| TGNc2j9cGcXQtpNRJ6fbjXQAsJsSbmjYRq | 3 | Blacklisted Tether User | 511822.3899 |
| TVRfxYVNz2xacXp7gfi4QuTYexYSCbZTHG | 2 | USDT Blacklisted Address - 8424955940 | 482351.5789 |
| TXoUdnhPM4ofb8FcgnvUrsWuZn93CPg3BU | 3 | USDT Blacklisted Address - 7485767856 | 464586.2546 |
| TLv3vNTF4LSQvGFSB6Eq38DVyjevUpENhC | 2 | USDT Blacklisted Address - 8203377834 | 460020.6166 |
| TFwEn4k119iKioqxBCVAQc2RUbeCQ3rEsD | 3 | USDT Blacklisted Address - 7526716195 | 436845.2204 |
| TAT3tDVTufxscButn8uCyvWrBuLqBG4XeS | 3 | USDT Blacklisted Address - 4007998062 | 393906.7388 |
| TMHWbxu9taKn8JFFRarg4LUtjNhQXkqZdz | 3 | USDT Blacklisted Address - 7166602444 | 360957.0388 |
| TJntYhsYWZEZHwq86kcBxjDYJ4iHfdBeiK | 3 | USDT Blacklisted Address - 6794331013 | 294567.8827 |
| TDD847CrBxZXbcENBpA1JS8sWBs6oBqiW2 | 3 | USDT Blacklisted Address - 3661863436 | 242706.3391 |
| TBEqQGTxXRWXXeqe7ZwmSB6hc5MMMMMMMM | 3 | Xinbi Guarantee - Interaction with Sanctioned Entity | 240599.4099 |
| TVoBLBYMGQKXyzbUVtpdfByXNzEW4P3F2N | 3 | USDT Blacklisted Address - 4690925345 | 221772.6906 |
| TNCcey6yY5hwcMAxxmjRRKvvU4yE7YhYhN | 3 | USDT Blacklisted Address - 1047888264 | 220819.8646 |
| TQHQMsFeh4a2CMrRousinhQJqdZaP9Ykhn | 3 | USDT Blacklisted Address - 8946379607 | 207038.8095 |
| TRLxiTM9G2NGvnpTMMVpn7HWCSbkhodR85 | 3 | USDT Blacklisted Address - 5423214384 | 186451.3971 |
| TWqcMjV7Wq2RHe2CSiKQHpkn6A7B2AWUPe | 3 | Xinbi Guarantee - UK Sanctions List | 170273.7555 |
| TKRZEmNeMazqEdEGkdiYhSgedMyXLAT3bi | 3 | USDT Blacklisted Address - 4342729239 | 156258.9226 |
| THBedijiTDmeBfXBKgMWEJ9DxQPGtpVwx8 | 3 | Interaction with Sanctioned Entity | 150064.737 |
| TF4hXpUcX4tY2x5xTRWopaVp7mhEPNec1R | 3 | USDT Blacklisted Address - 3463573827 | 148250.1363 |
| TKLmm8PHv61fcCAbt21VsXD2Uu3UcvZMvL | 3 | USDT Blacklisted Address - 3925574839 | 136702.9428 |
| TYjSicKxUz61aBdmSHAEvG6xrcXbCbA22F | 3 | USDT Blacklisted Address - 2225793133 | 127776.1578 |
| TYVr64i2YfcUU1s61Fp1KytAy8wf3i12Pb | 2 | USDT Blacklisted Address - 7701230462 | 125591.015 |
| TDsKAY9rXSqWz8HNzmdEWbaQhuELPZVkjU | 3 | Unknown | 122715.3656 |

| Address | Depth (Hop) | Attribution | Total Balance (USDT) |
|---|---|---|---|
| TB9RgLd9VSdx7ftNdnTZSegUJtHMk4fGk8 | 3 | Interaction with Sanctioned Entity | 120428.5249 |
| TEM8aY67P6EZpBacZ3g1mUvXy1DNSSfX1P | 3 | Interaction with Sanctioned Entity | 116401.2316 |
| TBdrCdX9TSoDu5k9kFTM65TWP9KkQf14JM | 3 | USDT Blacklisted Address - 9494987809 | 108756.495 |
| TUVQRVbznjUoYGTjSmFH8ADmjqf7EvFPnb | 3 | USDT Blacklisted Address - 1644155553 | 106260.8947 |
| TJF6zNgShF6iTfvHaW1UvQ8Uky7Bi5xEYv | 2 | USDT Blacklisted Address - 5895378274 | 106126.0942 |
| TNizBzjd3HDBfmUoHCCqdwHoxtZNFefMb1 | 2 | USDT Blacklisted Address - 5985792707 | 105253.2451 |
| TPggXWtWrj9d4rBGi1TdwjPdzaBPsqpWft | 2 | USDT Blacklisted Address - 0604339993 | 100961.15 |
| TMYgeQLvqBorxLBhwXfHfwcxkWAbV3vYLs | 3 | Interaction with Sanctioned Entity | 99215.66918 |
| TNUQ2rZSRjZaGhtbwaFZEvuaemMj5z5Fnm | 3 | Money Mule Recruitment | 95290.67852 |
| TFqEQ7inHv1cXW5AashG7yjy2cQraJ7mk7 | 3 | Interaction with Sanctioned Entity | 92148.03082 |
| TYf7vFyhU9jTt5pJ6f7114bE1BdJx2oZex | 3 | USDT Blacklisted Address - 5769363599 | 85388.08855 |
| TW71zAxPBGCQkNnbwBF3Xs7QK8Rs3Tp4od | 3 | USDT Blacklisted Address - 6886938567 | 84438.79977 |
| TQut3YDd56y63ozHCCh1m1nAHV4Dit8tRb | 3 | Interaction with Sanctioned Entity | 78521.04169 |
| TPMTdppkWMeySmYrbvgEnHHLusWhnquD6T | 3 | Interaction with Sanctioned Entity | 78019.0441 |
| TWnaRsSFa7ogz73cguDm2tiAVDWTRg2B3u | 3 | Unknown | 78010.08917 |
| THBffi1fq2vBLqGDC9Pn5yLXTs4viuBNTh | 3 | USDT Blacklisted Address - 0675218652 | 76744.33029 |
| TRMAGX43QR3aUjZus2i2Z73RJffn9bBVbK | 3 | USDT Blacklisted Address - 2775643483 | 72462.67349 |
| TMPWDhiDNKjaoZb46YPxbSq52EeLEkDwtr | 2 | Interaction with Sanctioned Entity | 65416 |
| THk5DpMMxTwknm54F915qbJZVJVoPKuCAG | 3 | Ebonex Theft - Sep 2023 | 65407.10833 |
| TKuHxvj8szc2J212iUcHcCWKDmfMmX8FFF | 3 | Interaction with Sanctioned Entity | 64224.34188 |
| TQomU985q9a2aTUaM7KnZTtgTHAd5sX5WA | 3 | USDT Blacklisted Address - 8745911176 | 59580.8227 |
| TVMaJYXjRNwNZoNeBEGkomtA8qmZyfL1fq | 3 | USDT Blacklisted Address - 5667424281 | 58034.57915 |
| TJ4EBaPN7yJu5CbKWvdSBTMKgd2MS5Up3X | 3 | Interaction with Sanctioned Entity | 56696.44483 |
| TN8SZ8kuMaAGHNk686X3AHo1ip2X5uzV2c | 3 | USDT Blacklisted Address - 5412633663 | 55783.1218 |
| TL7rLS3RJ67obLYbgqcUzhZ4ZKNv6V7kP8 | 3 | USDT Blacklisted Address - 1502838459 | 53708.51024 |
| TCPXWdpepkQ5XbBiqgbrmoUjBD9c9itdrL | 3 | USDT Blacklisted Address - 6647280855 | 52508.57042 |
| TYZKYK2fbvw3EAPES2daFvoV4DqPna43Jd | 3 | Xinbi Guarantee - Interaction with Sanctioned Entity | 50081.55063 |
| TX2ALAVDCqokqFPFp5NQt493z3zd8F9TF8 | 2 | USDT Blacklisted Address - 8360486263 | 49699.55177 |
| TJJPQFH8WTQQxSn77CYiofCH2oxAAe7wQ8 | 2 | USDT Blacklisted Address - 2380568527 | 44797.60085 |
| TA5bncURq5sJmtdprsLXe8yr2C9q3HMS6A | 2 | USDT Blacklisted Address - 8916048342 | 38963.44432 |
| TFTXnn7Hg19Kd483RgWyqDZr75GC1gYusK | 3 | USDT Blacklisted Address - 9300766396 | 34751.20923 |
| TDktfpkcygSeyBQNyiUE7GsQ9wSywbvhGy | 3 | USDT Blacklisted Address - 5021805640 | 32867.89466 |
| TSkhxNzVyKBwnDfMSPUUTMYGDXXwkunMiB | 2 | Interaction with Sanctioned Entity | 32862.31322 |
| TSHKDGnpQ8BGGkKnAAtpMLQrTE3xMEL8ra | 3 | USDT Blacklisted Address - 9160276733 | 31118.88333 |
| TSu7PhwKD1T7WtCX8wXCMQcAEBMLiJedcm | 3 | Interaction with Sanctioned Entity | 24085.87449 |
| TMdZfVVAsxKsbXGmV3kBnEgM69z3QHH3kz | 3 | Interaction with Sanctioned Entity | 20823.26436 |
| TFvoK1zJsZ25TCyqrvaE9d27r7AjT9H3Dh | 3 | Interaction with Sanctioned Entity | 20042.71735 |
| TYPeLaM5aaZgepzV1iAGFGUzLj5e43thUJ | 3 | Interaction with Sanctioned Entity | 16862.02301 |
| TSZvesWi8yZD2xKijssXjxR3TUMWSa1u2q | 3 | USDT Blacklisted Address - 7673932016 | 15476.25 |

| Address | Depth (Hop) | Attribution | Total Balance (USDT) |
|---|---|---|---|
| THVaqVKLoJ6NagkqqqjPLcWf7a7LfcCMaA | 3 | USDT Blacklisted Address - 8204439687 | 11933.72102 |
| TXyigpBJmdh92MVMLWVwNDpSFX7zoFSsYi | 3 | USDT Blacklisted Address - 3891117948 | 9358.52572 |
| TWBtAxWscqhpRgjXDVfDVLaqWSGJE2Fq34 | 2 | USDT Blacklisted Address - 1165582819 | 5916 |
| TVdfVka6UVZa3eahCVSFD7YcNY9RPoxtQ8 | 3 | USDT Blacklisted Address - 0502665050 | 5003.950593 |
| TWr7N7V1KTnqfGppBCAAcpjpfhSCQEvkim | 3 | USDT Blacklisted Address - 3689638926 | 2377.314884 |
| TBUkR8Uqd3Lf4K4n6EVdoaVeuYXkSYWwQ7 | 3 | Interaction with Sanctioned Entity | 2297.270048 |
| TJT7P4GgSXEskqwVgAihfhEH7DsnEuyt9A | 3 | USDT Blacklisted Address - 5774379801 | 2118.414723 |
| TAus5D1PKfBVRhx4T1oDtXMeFqyFnk9uiX | 3 | Blacklisted Tether User | 10.672343 |
| TCZinsc8GhJR1K4VCpMCn8S1PDpJdpCSBT | 0 | Pig Butchering - Starting Wallet | 0 |
| TPF4yut4vK8tHXXPFf3u3yLFKKRSYepKuc | 2 | USDT Blacklisted Address - 3953719061 | 0 |
| TSbdMsuv829KpFtZpquZQscViGq2svpJS6 | 2 | USDT Blacklisted Address - 1081205460 | 0 |
| TXDM1gtZcisAHYuatZmfQb6f2zsx3CJ1qT | 2 | USDT Blacklisted Address - 3274699502 | 0 |
| TXufJnjkkGpQ3o7KvQndf2D2nUCFeWtaJr | 2 | USDT Blacklisted Address - 0482081876 | 0 |
| TBFYfmUn1AZWy2J4QiCZJg8q2SScKY6mDL | 2 | USDT Blacklisted Address - 0660416548 | 0 |
| TW5tokvhEfrb77z98Rc8HqbkzQJ6sxYtGX | 2 | Xinbi Guarantee - UK Sanctions List | 0 |
| TDTcRJzXkLU7qARbJYAhCxDWYyjba8mo7d | 3 | USDT Blacklisted Address - 0870788097 | 0 |
| TXKqWZmP9p9Uh93FP1zu16eEXfCgTcaoia | 3 | USDT Blacklisted Address - 1673431709 | 0 |
| TCTHATVL9yiVDyW1T2E1CacgfTAzui5agL | 3 | USDT Blacklisted Address - 7452320322 | 0 |
| TN8AnRAuz4ygV5utm7txWnWzrFx1Sq1f5q | 3 | USDT Blacklisted Address - 6550976776 | 0 |
| TL5mAVHa6u7ywZUv4XWFiskNJkq7Y4XsWL | 3 | USDT Blacklisted Address - 6828423790 | 0 |
| TT8UsfRscxfqKz2RspE4KqCXrjGKDpv4GA | 3 | USDT Blacklisted Address - 7546845630 | 0 |
| THtuwPUoTcVtbzw3LMXskDemA7EbH4MxxG | 3 | USDT Blacklisted Address - 1350259465 | 0 |
| TWTDaYnLCh2DYwPopMEq7Mr1S57MkhV239 | 3 | USDT Blacklisted Address - 1273467193 | 0 |
| TH99LWiqaPLf9CuesvAsC7JLsDVwuk4oSn | 3 | USDT Blacklisted Address - 9678224794 | 0 |
| TYLJJyUu7MY2FRAEx56XNZeLH82M1eLgvd | 3 | USDT Blacklisted Address - 0069707131 | 0 |
| TFmWFCxobMBpxMmsXE8Rco3U9bfeLo5q7g | 3 | USDT Blacklisted Address - 8846076270 | 0 |
| THXfBQQbmVtDQHrPtKGcfgtdXAy4twu1xd | 3 | USDT Blacklisted Address - 1916145393 | 0 |
| TVjwYsFb7mLiXZiwEeSoxawFoBX4LcXv9Z | 3 | USDT Blacklisted Address - 8843438090 | 0 |
| TABe6Xopf2dfd4W4W6P1WturN8ZNDNCZdE | 3 | USDT Blacklisted Address - 1986085649 | 0 |
| TLambc6ybgV2XAMDVswxtxF883VR9Y1RCt | 3 | USDT Blacklisted Address - 9341091787 | 0 |
| TV18r1YE9SMhk4Yj7rnkWHctPf6e9xGWVu | 3 | USDT Blacklisted Address - 8200519545 | 0 |
| TLzN4JbPqGc1X7qpZ8sqQg8b2iBJ8PYzqA | 3 | Interaction with Sanctioned Entity | 0 |